**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARK ANTHONY GONZALEZ,

Petitioner,

v.

NATHANAH BREITENBACH,

Respondent.

Case No. 2:26-cv-01652-APG-DJA

**EXTENSION ORDER**

[ECF Nos. 7, 9]

Petitioner Mark Anthony Gonzalez filed a counseled petition for federal habeas relief. ECF No. 1. I screened the petition and ordered the respondent to file an answer. ECF No. 3. Instead of filing an answer, the respondent moved to strike the petition and to vacate their deadline for filing an answer. ECF Nos. 6, 7. Gonzalez filed his response to the motion to strike. ECF No. 8. The respondent has moved for an extension to file her reply to the motion to strike. ECF No. 9. I find that good cause exists to grant the motions.

I THEREFORE ORDER that the motions for extension of time [ECF Nos. 7, 9] are granted. The respondent has up to and including September 25, 2026, to file her reply to the motion to strike. A deadline for filing an answer in this matter will be set following resolution of the motion to strike.

Dated: September 21, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE